DICONZA TRAURIG KADISH LLP
630 Third Avenue
New York, New York 10017
Telephone: (212) 682-4940
Gerard DiConza
Jeffrey Traurig
Email:   gdiconza@dtklawgroup.com
            jtraurig@dtklawgroup.com

*Special Counsel for the Chapter 7 Trustee,*
*Angela Tese-Milner*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
re:                                                            :
                                                               :         Chapter 7
JAMES G. KENNEDY & CO., INC.,                                  :
                                                               :         Case No. 12-13669 (SMB)
                        Debtor.                                :
---------------------------------------------------------------x

## AMENDED CERTIFICATE OF SERVICE

      Lance A. Schildkraut, being duly admitted to practice in New York State and before the Southern District of New York, certifies that, on December 12, 2014, I served true and correct copies of the following, by regular mail, on the parties on the attached service list:

- Chapter 7 Trustee's Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for an Order Authorizing the Trustee's Entry Into Settlement Agreements With (A) Roger Norton, (B) Venable LLP, (C) Profit Planners Management, Inc., (D) CBIZ MHM, LLC, (E) Lance Friedman, (F) Worldwide Limousine Service, Inc., (G) Cunningham & Cunningham, LLP, and (H) Mercedes Benz Financial Services, USA LLC; and

- Angela Tese-Milner's Declaration in Support of Chapter 7 Trustee's Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for an Order Authorizing the Trustee's Entry Into Settlement Agreements With (A) Roger Norton, (B) Venable LLP, (C) Profit Planners Management, Inc., (D) CBIZ MHM, LLC, (E) Lance Friedman, (F) Worldwide Limousine Service, Inc., (G) Cunningham & Cunningham, LLP, and (H) Mercedes Benz Financial Services, USA LLC.

Dated:  December 14, 2014
        New York, New York

                                               /s/ Lance A. Schildkraut
                                               Lance A. Schildkraut

SERVICE LIST

14-02109-smb    Doc 12    Filed 12/14/14    Entered 12/14/14 16:38:15    Main Document
Pg 2 of 8

SERVICE LIST

| | |
|---|---|
| A. LISS & COMPANY<br>51-55 59TH PLACE<br>WOODSIDE, NY 11377 | ACME DRAPEMASTER OF AMERICA, INC<br>125 CLEARVIEW ROAD<br>P.O BOX 7183<br>EDISON, NJ 08818 |
| ADCO ELECTRICAL CORPORATION<br>201 EDWARD CURRY AVE.<br>STATEN ISLAND, NY 10314 | BP MECHANICAL CORP.<br>83-40 72ND DR.<br>GLENDALE, NY 11385 |
| CIROCCO-OZZIMO, INC.<br>125 VERDI ST.<br>FARMINGDALE, NY 11735 | CORD CONTRACTING CO, INC.<br>80 CROSSWAYS PARK DR., SUITE # 300<br>WOODBURY, NY 11797 |
| CROSSLAND VENTILATION, INC.<br>6-13 THIRD ST.<br>FAIR LAWN, NJ 07410 | D.F.B. SALES INC.<br>21-07 BORDEN AVE.<br>LONG ISLAND CITY, NY 11101 |
| KABACK ENTERPRISES INC.<br>45 WEST 25TH ST., FLOOR 7<br>NEW YORK, NY 10010 | KRAMAN IRON WORKS, INC.<br>ATTN: RICHARD KRAMAN<br>410 EAST 10TH ST.<br>NEW YORK, NY 10009 |
| LOWY & DONNATH INC.<br>ATTN: CHRIS J. SCALA<br>10-37 49TH AVE.<br>LONG ISLAND CITY, NY 11101 | M&T PLUMBING & HEATING CORP.<br>120 EAST 13TH ST.<br>NEW YORK, NY 10003 |
| MTD CORP.<br>41 OTIS ST.<br>WEST BABYLON, NY 11704 | PAR PLUMBING CO., INC.<br>60 NORTH PROSPECT AVE.<br>LYNBROOK, NY 11563 |

ROLAND ELECTRIC INC.
307 SUBURBAN AVE.
DEER PARK, NY 11729

SCHOLES ELECTRIC & COMM, NJ
1021 CENTENNIAL AVE.
PISCATAWAY, NJ 08854

SHELBOURNE CONSTRUCTION CORP.
D/B/A SOUTH FERRY
44-02 23RD ST., SUITE 306
LONG ISLAND CITY, NY 11101

TOTAL WASTE SERVICES INC.
2531 94TH ST.
NORTH BERGEN, NJ 07047

TRIANGLE FIRE PRODUCTION CORP.
75-17 COOPER AVE.
GLENDALE, NY 11385

UNITY ELECTRIC CO., INC.
65-45 FRESH MEADOW LANE
FLUSHING, NY 11365

WM. ERATH & SON, INC.
51 RANICK DR. EAST
AMITYVILLE, NY 11701

ANDREA SCHWARTZ
OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK ST., ROOM 1006
NEW YORK, NY 10004

NEW YORK STATE DEPT. OF LABOR
STATE OFFICE CAMPUS
BUILDING #12, RM. 256
ALBANY, NY 12240

PREMIER WEED CONCEPTS, INC.
C/O PREMIER WOODCRAFT
131 BIRCH ST.
COATESVILLE, PA 19320

MAX HOROWITZ & SON, INC.
DBA FLOORS UNLIMITED
FLOORS UNLIMITED
2260 JERICHO TPKE
GARDEN CITY PARK, NY 11040

M&T PLUMBING & HEATING CO., INC.
C/O PICK & ZABICKI, LLP
369 LEXINGTON AVE., 12TH FLOOR
NEW YORK, NY 10017

SOVEREIGN MECHANICAL CORP
C/O HOWARD M. KATZ, ESQ.
225 BROADWAY, SUITE 1203
NEW YORK, NY 10007

COMPUTER FLOORS, INC
C/O PROFITA & ASSOCIATES
ATTN: MICHAEL PROFITA, ESQ.
106 GRAND AVE., SUITE 480
ENGLEWOOD, NJ 07631

VANGUARD TEMPORARIES, INC.
P.O. BOX 4336
GRAND CENTRAL STATION
NEW YORK, NY 10163

CONSOLIDATED CARPET WORKROOM, LLC
455 WASHINGTON AVE.
CARLSTADT, NJ 07072

CANON FINANCIAL SERVICES INC.
C/O SCOTT H. MARCUS & ASSOC.
121 JOHNSON ROAD
TURNERSVILLE, NJ 08012

CONSOLIDATED CARPET ASSOCIATES, LLC
455 WASHINGTON AVE.
CARLSTADT, NY 07072

ACME EXTERMINATING CORP.
P.O. BOX 1381
NEW YORK, NY 10018

WB MASON CO
59 CENTRE ST.
BROCKTON, MA 02303

NOVA BROTHERS, INC D/B/A AVON CONTRACTORS
C/O MARTIN SKOLNICK, ATTY AT LAW
21 MAIN ST., SUITE 306
HACKENSACK, NJ 07601

NOVA BROTHERS, INC D/B/A AVON CONTRACTORS
C/O MARTIN SKOLNICK, ATTY AT LAW
116 WEST 23RD ST., 5TH FLOOR
NEW YORK, NY 10011

S&J ENTRANCE & WINDOW SPECIALISTS, INC
C/O JESSICA G. BERMAN
MEYER, SUOZZI, ENGLISH & KLEIN PC
990 STEWART AVE., SUITE 300
GARDEN CITY, NY 11530

HENICK-LANE, INC.
C/O JAMES J. MARKOWSKY
4555 HENRY HUDSON PARKWAY #504
RIVERDALE, NY 10471

NORDIC INTERIOR INC.
C/O TRIVELLA & FORTE, LLP
ATTN: JONATHAN M. BARDAVID
1311 MAMARONECK AVE., SUITE 170
WHITE PLAINS, NY 10605

SPECTRUM PAINTING CORP.
C/O TARTER KRINSKY & DROGIN, LLP
ATTN: DEBORAH J. PIAZZA, ESQ.
        MARK CERMELE, ESQ.
1350 BROADWAY, 11TH FLOOR
NEW YORK, NY 10018

GODSELL CONSTRUCTION CORPORATION
C/O STEVEN W. GOLD
MINTZ & GOLD LLP
470 PARK AVE. SOUTH, 10TH FLOOR NORTH
NEW YORK, NY 10016

CENTURY CARPET, INC
DBA THE NEW YORK CENTURY GROUP
C/O JENNIFER L. SCHOENBERG, ESQ.
4 HEADQUARTERS PLAZA
P.O. BOX 1991
MORRISTOWN, NJ 07962-1991

| | |
|---|---|
| HALLEN WELDING SERVICE, INC.<br>C/O MARK L. CORTEGIANO, ESQ.<br>65-12 69TH PLACE<br>MIDDLE VILLAGE, NY 11379 | FROMKIN BROTHERS, INC.<br>125 CLEARVIEW ROAD<br>P.O. BOX 6678<br>EDISON, NJ 08818 |
| REACT INDUSTRIES, INC<br>ATTN: JAY AIKENS<br>C/O RABINOWITZ AND GALINA, ESQS.<br>94 WILLIS AVE.<br>MINEOLA, NY 11510 | TRANSWALL OFFICE SYSTEMS, INC.<br>P.O. BOX 1930<br>1220 WILSON DR.<br>WEST CHESTER, PA 19380 |
| DEUTSCHE BANK AG<br>ATTN: MARK N. PARRY<br>C/O MOSES & SINGER LLP<br>405 LEXINGTON AVE.<br>NEW YORK, NY 10174 | ISLAND FIRE SPRINKLER NYC LLC<br>630 BROADWAY, SUITE #1<br>HOLBROOK, NY 11741 |
| RCPI LANDMARK PROPERTIES, LLC<br>C/O GREENBERG TRAURIG, LLP<br>ATTN: DANIEL J. ANSELL, ESQ.<br>200 PARK AVE.<br>NEW YORK, NY 10166 | TS 405 LEXINGTON OWNER, L.L.C.<br>C/O GREENBERG TRAURIG, LLP<br>ATTN: DANIEL J. ANSELL, ESQ.<br>200 PARK AVE.<br>NEW YORK, NY 10166 |
| HSBC BANK USA, NA<br>C/O PHILLIPS LYTLE LLP<br>ATTN: WILLIAM J. BROWN, ESQ.<br>3400 HSBC CENTER<br>BUFFALO, NY 14203 | F&G MECHANICAL CORPORATION<br>C/O LECLAIR RYAN, A PROFESSIONAL<br>CORPORATION<br>ATTN: MICHAEL T. CONWAY, ESQ.<br>885 THIRD AVE., SIXTEENTH FLOOR<br>NEW YORK, NY 10022 |
| ANDERSEN INTERIOR CONTRACTING, INC.<br>C/O LINDABURY MCCORMICK ESTABROOK & COOP<br>SCOTT C. PYFER, ESQ<br>53 CARDINAL DR.<br>WESTFIELD, NJ 07091 | ROBERT B. SAMUELS, INC.<br>C/O JAFFE, ROSS & LIGHT LLP<br>ATTN: EDWARD JAFFE, ESQ.<br>880 THIRD AVE.<br>NEW YORK, NY 10022 |
| UBS FINANCIAL SERVICES INC.<br>C/O MCCARTER & ENGLISH, LLP<br>ATTN: LISA S. BONSALL, ESQ.<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST.<br>NEWARK, NJ 07102-4096 | NYS DEPT OF TAX & FINANCE<br>BANKRUPTCY SECTION<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300 |

| | |
|---|---|
| THE STATE OF NEW JERSEY<br>DIVISION OF EMPLOYER ACCOUNTS<br>P.O. BOX 379<br>TRENTON, NJ 08625-0379 | STATE OF NEW YORK DEPT. OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOVERNOR W. AVERELL HARRIMAN<br>STATE OFFICE BUILDING 12, ROOM 256<br>ALBANY, NY 12240 |
| STERLING NATIONAL BANK<br>ATTN: BENJAMIN KATZ<br>500 SEVENTH AVE., 3RD FLOOR<br>NEW YORK, NY 10018 | LOWENSTEIN SANDLER LLP<br>ATTN: CASSANDRA M. PORTER, ESQ.<br>65 LIVINGSTON AVE.<br>ROSELAND, NJ 07068 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>ATTN: MATTHEW D. STOCKWELL<br>154 BROADWAY<br>NEW YORK, NY 10036 | ZISHOLTZ & ZISHOLTZ, LLP<br>ATTN: ROBERT VADNAIS<br>170 OLD COUNTRY ROAD<br>MINEOLA, NY 11501 |
| PETER M. LEVINE<br>99 PARK AVE., 3RD FLOOR<br>NEW YORK, NY 10016 | JEFFREY B. HULSE, ESQ.<br>295 NORTH COUNTRY ROAD<br>SOUND BEACH, NY 11789 |
| H. BRUCE BRONSON<br>480 MAMARONECK AVE.<br>HARRISON, NY 10528 | JACQULYN S. LOFTIN<br>LAMONICA HERBST MANISCALCO LLP<br>3305 JERUSALEM AVE.<br>WANTAGH, NY 11893 |
| GREGORY W. FOX, ESQ.<br>MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN<br>2000 MARKET ST., SUITE 2300<br>PHILADELPHIA, PA 19103 | JOHN E. WESTERMAN, ESQ.<br>WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP<br>1201 RXR PLAZA<br>UNIONDALE, NY 11556 |
| EDWARD A. SMITH, ESQ.<br>VENABLE LLP<br>ROCKEFELLER CENTER<br>1270 AVENUE OF THE AMERICAS, 24TH FLOOR<br>NEW YORK, NY 10020 | ILAN MARKUS, ESQ.<br>LECLAIRRYAN<br>545 LONG WHARF DRIVE, NINTH FLOOR<br>NEW HAVEN, CT 06511 |

CBIZ MHM LLC
ATTN: ESTHER DUVAL
        JEFFREY GLUCK
1065 AVENUE OF THE AMERICAS, 11TH FLOOR
NEW YORK, NY 10018